1  BEN DUPRE, Bar No. 23119105
   2005 De La Cruz Bld., Suite 203
2  Santa Clara, CA 95050
   Tel: 408-727-5377
3  Fax: 408-727-5310

4  RONALD WILCOX, Bar No. 176601
   1900 The Alameda Ste, 530
5  San Jose, CA 95126
   Tel: 408-296-0400
6  Fax: 408-296-0486

7  Counsel for the Plaintiff
   Crescenciano Escalante
8

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                     (SAN JOSE DIVISION)

12 **Crescenciano Escalante**,              ) Case No.: 5:13-cv-04893 EJD
                                            )
13          Plaintiff,                      ) **STIPULATION TO CONTINUE CMC of**
                                            ) **April 11, 2014 UNTIL AFTER**
14     v.                                   ) **MEDIATION AND PROPOSED ORDER**
                                            ) AS MODIFIED BY THE COURT
15                                          )
                                            )
16 **EXPERIAN INFORMATION**                 )
   **SOLUTIONS, INC.**                      )
17 and DOES 1-10,                           )
                                            )
18          Defendants.                     )

19  _____

20     Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") have

21 stipulated to mediate this matter and to continue the April 11, 2014 Initial Case Management

22 Conference. Thus, the parties respectfully request the Court to continue the April 11, 2014

23 Initial Case Management Conference until after the mediation. The parties will conduct

24 discovery in accordance with the Fed. R. Civ. P.

25
                                    1
Stipulation to Continue CMC

5:13-cv-04893

Date: 03/12/2015

/s/ Ben Dupre
Ben E. Dupre, Counsel for Plaintiff

_____/s/ Nandini Iyer_____
Nandini Iyer
Attorney for Defendant Experian

2

Stipulation to Continue CMC

5:13-cv-04893

[~~PROPOSED~~] ORDER

The stipulation and the request of the parties to continue the Initial Case Management Conference is hereby adopted and granted by the Court.

**IT IS SO ORDERED.**

The Case Management Conference is continued to July 11, 2014 at 10:00 AM. The parties shall file a joint Case Management Conference statement on or before July 2, 2014.

Dated:   March 13, 2014

_____
The Honorable Edward J. Davila
U.S. DISTRICT JUDGE