IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRESCENCIANO ESCALANTE,<br><br>Plaintiff(s),<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant(s). | CASE NO. 5:13-cv-04893 EJD<br><br>**ORDER TO SHOW CAUSE** |

On March 13, 2014, the court issued an order pursuant to a stipulation which continued the initial Case Management Conference to July 11, 2014, and required the parties to file a Joint Case Management Statement on or before July 2, 2014. See Docket Item No. 20. As of the date and time this order was filed, the parties have not complied as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute or for failure to comply with a court order. If Plaintiff does not, **by 12:00 p.m. on July 9, 2014,** file a Joint Case Management Conference Statement which conforms to the undersigned's Standing Order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: July 8, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-04893 EJD
ORDER TO SHOW CAUSE