Ronald Wilcox, S.B.N. #176601
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Ben E. Dupré, S.B.N. #231191
DUPRE LAW FIRM, P.C.
2005 De La Cruz Blvd., Suite 203
Santa Clara, CA 95050
Tel: (408) 727.5377
Fax: (408) 727.5310

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CRESCENCIANO ESCALANTE,<br><br>    Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and DOES 1-10.<br><br>    Defendants. | Case No.: 5:13-04893   EJD<br><br>**STIPULATION TO DISMISS ACTION AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Experian Information Solutions, Inc. through their counsel of Record, that:

1. The above-captioned action is dismissed with prejudice.
2. The parties stipulating here, Plaintiff and Defendant shall be responsible for their own costs and attorneys' fees associated with this litigation.

---

NOTICE OF DISMISSAL WITH PREJUDICE & [PROPOSED] ORDER

1

1 | Date: 07/25/14

2 | /s/Ben E. Dupre

3 | _____

4 | Ben E. Dupre
Attorney for Plaintiff

5 |

6 | Date: 07/25/14

7 | /s/Nandini Iyer

8 | _____
Nandini Iyer

9 | Attorney for Defendant

10 |

11 | [XXXXXXXX] ~~PROPOSED~~ ORDER

12 | The stipulation of the parties is hereby adopted by the Court

13 | IT IS SO ORDERED.   The Clerk shall close this file.

14 | _____          Dated: July 30, 2014

15 | District Court Judge